■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT SNYDER, Appellant. [722 NYS2d 198] —Judgment unanimously affirmed. Memorandum: Supreme Court properly exercised its discretion in refusing to question the jury about a newspaper article concerning a burglary unrelated to defendant or this case (*see, People v Rein,* 278 AD2d 255). The court also properly denied that part of defendant's motion seeking suppression of tangible evidence seized by the police (*see, People v Ruben,* 267 AD2d 961, *lv denied* 94 NY2d 924). The court erred in denying that part of defendant's motion seeking suppression of statements made in response to police questioning, without the benefit of *Miranda* warnings. We conclude, however, that the error is harmless (*see, People v Ruben, supra,* at 961-962). Defendant failed to preserve for our review his contentions that the prosecutor made improper remarks during summation (*see, People v Romanelli,* 239 AD2d 940, 941, *lv denied* 90 NY2d 910); that the testimony of the People's expert invaded the province of the jury (*People v Law,* 273 AD2d 897, 898); and that the court erred in charging the jury on accessorial liability (*see, People v Parons,* 275 AD2d 933, 934-935, *lv denied* 95 NY2d 937) and the recent and exclusive possession of stolen property (*see, People v Harris,* 204 AD2d 987, *lv denied* 84 NY2d 826). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Monroe County, Sirkin, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Pine, Hurlbutt and Burns, JJ.